UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA
12/7/21

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BRANDY SUE RAYBURN
DUANE LAMONTE MCCRAY

Case No. 3:20-cr-123(S1)-MMH-PDB
18 U.S.C. § 924(c)(1)(A)(i)

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

From in or about April 2020, and continuing through on or about May 3, 2020, in the Middle District of Florida, the defendants,

BRANDY SUE RAYBURN, and
DUANE LAMONTE MCCRAY,

did knowingly possess a firearm, that is, a Remington 9mm pistol, in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a Court of the United States, specifically, possession of cocaine with intent to distribute.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE

1. The allegations contained in Count One are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

   a. Remington Arms Company R51 Pistol, Cal: 9, Serial Number: 0017032R51; and

   b. 13 rounds of unknown ammunition, Cal: 9.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

        KARIN HOPPMANN
        Acting United States Attorney

By: *[signature]*
    Cyrus P. Zomorodian
    Special Assistant United States Attorney

By: *[signature]*
    Frank Talbot
    Assistant United States Attorney
    Chief, Jacksonville Division